# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

### VENUE: SAN FRANCISCO

FILED
AUG 23 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA,

V.

CR 18 0391 EMC

WALKER TRENT GRANT,

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 1001(a)(2) – False Statement to Government Agency

A true bill.

_____
Foreman

Filed in open court this 23rd day of August, 2018

_____
Clerk

Bail, $ ___ NO BAIL WARRANT
8/23/18

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

---- OFFENSE CHARGED ----

18 U.S.C. § 1001(a)(2) - False Statement to Government Agency (Two Counts)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Maximum 5 years' imprisonment
Maximum 3 years of supervised release
Maximum $250,000 fine
Mandatory $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
AUG 23 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---- DEFENDANT - U.S ----

▶ WALKER TRENT GRANT

DISTRICT COURT NUMBER
CR 18 0391 EMC

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)
DOT-OIG, VA-OIG

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    Alex G. Tse
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Sailaja M. Paidipaty

---- DEFENDANT ----

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction     ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶    Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:    Before Judge:

Comments:

ALEX G. TSE (CABN 152348)
United States Attorney

FILED
AUG 23 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WALKER TRENT GRANT, <br><br> Defendant. | No. CR 18 0391 EMC <br> VIOLATIONS: <br> 18 U.S.C. § 1001(a)(2) – False Statements to Government Agency (Two Counts) <br><br> SAN FRANCISCO VENUE |

### INDICTMENT

The Grand Jury Charges:

COUNT ONE:        (18 U.S.C. § 1001(a)(2) – False Statement)

On or about January 19, 2017, in the Northern District of California, the defendant,

WALKER TRENT GRANT,

did willfully and knowingly make materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the Federal Aviation Administration (FAA), an agency within the executive branch of the Government of the United States, specifically: his false statements on an FAA Form 8500-8, indicating that (i) he did not suffer from and had never been diagnosed with "frequent or severe headaches" (Question 18a), despite having represented to the U.S. Department of Veterans Affairs (VA) that he suffered from tension headaches, and (ii) that he did not

INDICTMENT

1  receive medical disability benefits (Question 18y), despite having received service-related medical
2  disability benefits from the VA, including benefits related to his tension headaches, since 2011. All in
3  violation of Title 18, United States Code, Section 1001(a)(2).

4  <u>COUNT TWO</u>:      (18 U.S.C. § 1001(a)(2) – False Statements)

5      On or about January 25, 2018, in the Northern District of California, the defendant,

6                      WALKER TRENT GRANT,

7  did willfully and knowingly make materially false, fictitious, and fraudulent statements and
8  representations in a matter within the jurisdiction of the Federal Aviation Administration (FAA), an
9  agency within the executive branch of the Government of the United States, specifically: his false
10 statements on an FAA Form 8500-8, indicating that (i) he did not suffer from and had never been
11 diagnosed with "frequent and severe headaches" (Question 18a), despite having represented to the U.S.
12 Department of Veterans Affairs (VA) that he suffered from tension headaches, and (ii) that that he did
13 not receive medical disability benefits (Question 18y), despite having received service-related medical
14 disability benefits from the VA, including benefits related to his tension headaches, since 2011.

15 DATED: 8/23/18                  A TRUE BILL

                                                              _[signature]_
                                                              FOREPERSON

ALEX G. TSE
United States Attorney

_[signature]_
DANIEL KALEBA
Deputy Chief, Criminal Division

(Approved as to form: _[signature]_ )
                              AUSA Sailaja M. Paidipaty

INDICTMENT