| DOCUMENTS UNDER SEAL ☐ | | | TOTAL TIME (mins): 07 minutes | |
|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Ada Means | | REPORTER/FTR<br>9:42-9:49 | |
| MAGISTRATE JUDGE<br>Jacqueline Scott Corley | DATE<br>August 28, 2018 | | NEW CASE ☐ | CASE NUMBER<br>CR18-0391 EMC |

### APPEARANCES

| DEFENDANT<br>Walker Trent Grant | AGE<br>36 | CUST<br>N | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Michael Carroll (CA State Bar 54904) | PD. ☐  RET. ☒<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Sailaja Paidipaty | | INTERPRETER<br>Not required | | FIN. AFFT ☐<br>SUBMITTED | COUNSEL APPT'D ☐ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Josh Libby | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES | |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR<br>5 mins | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS<br>☐ TRIAL SET |
|---|---|---|---|---|
| ☒ I.D. COUNSEL<br>1 min | ☒ ARRAIGNMENT<br>1 min | ☐ BOND HEARING | ☐ IA REV PROB. or<br>or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☒ ADVISED<br>OF RIGHTS | ☒ ADVISED<br>OF CHARGES | ☐ NAME AS CHARGED<br>IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON<br>INFORMATION | ☒ ARRAIGNED ON<br>INDICTMENT | ☒ READING WAIVED<br>SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED<br>ON O/R | ☒ ISSUED<br>APPEARANCE BOND | AMT OF SECURITY<br>$ 10,000.00/PR | SPECIAL NOTES | ☒ PASSPORT SURRENDERED<br>DATE:9/7/2018 |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH    $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED  ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | |

### PLEA

| ☐ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>September 19, 2018 | ☐ ATTY APPT<br>HEARING | ☐ BOND<br>HEARING | ☐ STATUS RE:<br>CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT:<br>2:30 p.m. | ☐ SUBMIT FINAN.<br>AFFIDAVIT | ☐ PRELIMINARY<br>HEARING | ☐ CHANGE OF<br>PLEA | ☒ STATUS |
| BEFORE HON.<br>EMC | ☐ DETENTION<br>HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☒ TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV.<br>HEARING |

### ADDITIONAL PROCEEDINGS

Defendant was ordered to be processed by USMS.
CC: JSC & EMC

DOCUMENT NUMBER: